UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LONNER MELTON,

     Petitioner,     Case No. 1:07-cv-682

v.             Honorable Gordon J. Quist

DOUG VASBINDER,

     Respondent.

_____/

## ORDER OF TRANSFER

    This is a habeas corpus proceeding brought by a state prisoner pursuant to 28 U.S.C.

§ 2254. On June 29, 1983, Petitioner was convicted in the Wayne County Circuit Court of one count

of assault with intent to commit murder (50-75 years), two counts of first-degree criminal sexual

conduct (25 to 40 years), one count of armed robbery (7 1/2 to 15 years) and one count of possessing

a firearm during the commission of a felony (2 years). He raises three grounds for habeas corpus

relief.

    Venue in habeas corpus actions is governed by 28 U.S.C. § 2241. That statute allows

a petition to be filed either in the district where petitioner is in custody or in the district in which

petitioner was convicted. 28 U.S.C. § 2241(d). Petitioner is presently incarcerated at G. Robert

Cotton Correctional Facility, located in Jackson County. As set forth above, Petitioner was

convicted in Wayne County. Jackson and Wayne counties are located in the Eastern District of

Michigan. 28 U.S.C. § 102(a). Venue, therefore, lies in that district, not in the Western District of

Michigan.

Dockets.Justia.com

Accordingly, IT IS ORDERED that this case is hereby transferred to the United

States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).


Dated:  August 1, 2007                                         /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                              United States Magistrate Judge